| | |
|---|---|
| SHELLIE LOTT, SBN: 246202<br>Cerney Kreuze & Lott, LLP<br>42 N. Sutter Street, Suite 400<br>Stockton, California 95202<br>Telephone: (209) 948-9384<br>Facsimile: (209) 948-0706<br><br>Attorney for Plaintiff | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| CATHERINE HALL-KANELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:18-cv-00301-AC<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of July 27, 2018, **and all other deadlines be extended accordingly**.

    This extension (30 days) is requested because the brief writer has had some computer issues, and has been delayed in her briefing schedule.

///

///

| | | |
|---|---|---|
| DATED: June 27, 2018 | | */s/ Shellie Lott* |
| | | Shellie Lott |
| | | Attorney for Plaintiff |

DATED: June 27, 2018                McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX

                                    */s/Asim H. Modi*
                                    ASIM H. MODI,
                                    (As authorized via E-mail on 6/27/18)
                                    Special Assistant U S Attorney
                                    Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| CATHERINE HALL-KANELLIS,<br><br>     Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>     Defendant | Case No.: 2:18-cv-00301-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED.

Plaintiff shall file her Motion for Summary Judgment/Remand on or before July 27, 2018.

IT IS SO ORDERED.

DATED: June 27, 2018.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE