MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE HALL-KANELLIS, | Case No.: 2:18-cv-00301-AC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her summary judgment motion with the Court by 30 days to **September 26, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's first request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her cross-motion by August 27, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of tasks, such as:

-1-

drafting briefs and summary judgment motions (including five due in the next three weeks) in Social Security cases before the district courts within the Ninth Circuit, negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit; drafting a post-hearing brief for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST); and preparing training materials and conducting presentations for the agency's Office of Hearing Operations. Counsel for Defendant has also been out of the office for significant portions of the last three weeks for these presentations to the agency's hearing offices.

      Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>August 21, 2018</u>  CERNEY KREUZE & LOTT, LLP

By: <u>/s/ Asim H. Modi for Shellie Lott*</u>
SHELLIE LOTT
*Authorized by email on August 21, 2018*
Attorney for Plaintiff

Date: <u>August 21, 2018</u>  MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>/s/ Asim H. Modi</u>
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED

DATED: <u>August 21, 2018</u>

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE